

**ORDERED in the Southern District of Florida on June 16, 2022.**

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:

Willie Agnes Burton                                      Case No. 19-13056-LMI

                                                         Chapter 13

_____Debtor/

**ORDER FOR PAYMENT OF UNCLAIMED FUNDS**

Pursuant to this Court's Notice of Hearing on Application to Withdraw Unclaimed Funds in the Amount of $5,401.93 ("Hearing") [ECF 60], the Court conducted a hearing on June 7, 2022, on Debtor's Application to Withdraw Unclaimed Funds in the Amount of $5,401.93 [ECF 60]. The funds were deposited for the benefit of Creditor, Bank of NY Mellon. Bank of NY Mellon did not appear at the hearing or file any objection to the Application. As stated on the record at the hearing, and in accordance with the provisions of 28 U.S.C. §2042 and Local Rule 3011-1(D), it is

ORDERED as follows:

1. The Debtor's Application to Withdraw Unclaimed Funds in the Amount of $5,401.93 is granted.

2. The Clerk is directed to remit to the Debtor, 14 days after entry of this Order, the sum of $5,401.93 now held as unclaimed funds in the treasury for the original claimant, Bank of NY Mellon.

###

Submitted by: James Alan Poe, P.A., 9500 So. Dadeland Blvd., Suite 701, Miami, FL 33156
Phone:305-670-3950 Fax: 305-670-3951, Email:jamesapoe@bellsouth.net; jpoe@jamesalanpoepa.com

Attorney James Poe is directed to mail a conformed copy of this Order immediately upon receipt to all interested parties.

cc:
Willie Anges Burton
James Alan Poe, PA
Bank of NY Mellon